1
2
3

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

4   IN RE HOA FORECLOSURE CASES.

5

6

**ORDER CERTIFYING CASES TO
NEVADA ATTORNEY GENERAL**

7   The following cases involve a constitutional challenge to NRS Chapter 116:

8   • *Federal Nat'l Mortgage Ass'n, et al. v. SFR Investments Pool 1, LLC, et al.*, 2:14-cv-02046-

9   JAD-PAL

10  • *Nationstar Mortgage, LLC, et al. v. Eldorado Neighborhood Second Homeowners Ass'n, et*

11  *al.*, 2:15-cv-00064-JAD-PAL

12  • *Green Tree Servicing LLC v. Las Vegas Rental & Repair LLC, et al.*, 2:15-cv-00537-JAD-

13  PAL

14  • *HSBC Bank USA, Nat'l Ass'n v. Charleston Heights 50G Townhouse Owners Ass'n*, 2:15-

15  cv-01211-JAD-PAL

16  • *Nationstar Mortgage, LLC v. The Springs at Spanish Trail Ass'n, et al.*, 2:15-cv-01217-

17  JAD-GWF

18  • *HSBC Bank Nat'l Ass'n v. Stratford Homeowners Ass'n, et al.*, 2:15-cv-01259-JAD-PAL

19  • *First Horizon Home Loans v. Day Dawn Crossing Homeowners Ass'n*, 2:15-cv-01262-

20  JAD-NJK

21  • *Capital One, N.A., v. Las Vegas Dev. Group*, 2:15-cv-01436-JAD-PAL

22  • *Nationstar Mortgage, LLC v. Saticoy Bay LLC Series 5501 Wells Cathedral, et al.*, 2:15-

23  cv-01507-JAD-VCF

24  • *Nationstar Mortgage, LLC v. Thompson*, 2:15-cv-01665-JAD-PAL

25  • *Ventures Trust 2013-I-H-R By MCM Capital Partners, LLC v. Saticoy Bay, LLC, Series*

26  *4683 Amertrine, et al.*, 2:15-cv-01773-JAD-CWH

27  • *Design 3.2 Trust v. Kennison, et al.*, 2:15-cv-01817-JAD-CWH

28

- *Carrington Mortgage Services LLC v. Absolute Bus. Solutions, LLC, et al.*, 2:15-cv-01862-JAD-PAL
- *Nationstar Mortgage LLC v. Independence Homeowners' Ass'n, et al.*, 2:15-cv-02151-JAD-NJK
- *Bank of New York Mellon v. Catmint BPB Trust, et al.*, 2:15-cv-02173-JAD-VCF
- *Wilmington Trust, Nat'l Ass'n v. First 100, LLC, et al.*, 2:15-cv-02293-JAD-PAL
- *The Bank of New York Mellon, et al. v. Cape Jasmine Ct Trust, et al.*, 2:16-cv-00248-JAD-GWF
- *Nationstar Mortgage LLC v. Shenandoah Owners Ass'n, Inc., et al.*, 2:16-cv-00268-JAD-NJK
- *Ditech Fin., LLC v. Hollywood Highlands E. Landscape Maint. Ass'n, Inc., et al.*, 2:16-cv-00298-JAD-NJK
- *Selene Fin., L.P. v. Cobblestone Manor VI Homeowners Ass'n, et al.*, 2:16-cv-00334-JAD-VCF
- *The Bank of New York Mellon v. Montagne Marron Cmty. Ass'n, et al.*, 2:16-cv-00360-JAD-PAL
- *Nationstar Mortgage LLC v. Torrey Pines Ranch Estates Homeowners Ass'n, et al.*, 2:16-cv-00375-JAD-PAL
- *U.S. Bank Nat'l Ass'n v. 1727 N Lamont Trust, et al.*, 2:16-cv-00442-JAD-VCF
- *Nationstar Mortgage LLC v. The Fountains Property Owners Ass'n*, 2:16-cv-00480-JAD-GWF
- *Deutsche Bank Nat'l Trust Co. v. Desert Garden Homeowners Ass'n, Inc., et al.*, 2:16-cv-00687-JAD-PAL
- *Deutsche Bank Nat'l Trust Co. v. Copper Sands Homeowners Ass'n, Inc., et al.*, 2:16-cv-00763-JAD-CWH
- *The Bank of New York Mellon v. Antigua Maint. Corp., et al.*, 2:16-cv-00796-JAD-GWF

Under 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to the Attorney General for the State of Nevada that the constitutionality of Chapter 116 has been called into question in these actions.  The Attorney General for the State of Nevada has 60 days to intervene in these actions if it so desires.  FRCP 5.1(c).

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to mail a copy of this order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at these addresses:

Hon. Adam Paul Laxalt
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701

Hon. Adam Paul Laxalt
Office of the Attorney General
Grant Sawyer Building
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

DATED this 20th day of April, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE