MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>    Plaintiff,<br>vs.<br><br>THE FOUNTAINS PROPERTY OWNERS ASSOCIATION; RLP-PROMETHEUS COURT, LLC; HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>    Defendants. | Case No. 2:16-cv-00480-JAD-GWF<br><br>**NOTICE OF DISASSOCIATION** |
| RLP-PROMETHEUS COURT, LLC,<br><br>    Counterclaimant,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC<br><br>    Counterdefendant. | |
| RLP-PROMETHEUS COURT, LLC,<br><br>    Counterclaimant,<br>vs.<br><br>THE FOUNTAINS PROPERTY OWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>    Crossdefendant. | |

{40400097;1}

1

Plaintiff Nationstar Mortgage, LLC hereby provides notice Allison Schmidt, Esq. is no longer associated with the law firm of Akerman LLP. **Nationstar Mortgage, LLC.,** requests Ms. Schmidt be removed from the CM/ECF service list.

Akerman LLP will continue to represent **Nationstar Mortgage, LLC.,** and requests MELANIE D. MORGAN, ESQ. and VATANA LAY, ESQ. receive all future notices.

Respectfully submitted, this 19th day of January, 2017.

**AKERMAN LLP**

/s/ *Vatana Lay, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Plaintiff*

{40400097;1}

2

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 1/20/2017

_____
UNITED STATES MAGISTRATE JUDGE

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{40400097;1}

3